THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MÁJOE GREENFIELD, Appellant.

Argued October 10, 1940; decided November 26, 1940.

*Francis I. Howley, Joseph A. Martinis* and *Alan Daniels* for appellant.

*Samuel J. Foley,* District Attorney (*Sol Boneparth, Herman J. Fliederblum* and *Edward F. Breslin* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.